# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN AHAD JOSEPH NAFAL<br><br>        Plaintiff(s),<br><br>v.<br><br>MOHEN MOHAMMED GABER, et al.<br><br>        Defendant(s). | CASE NO.<br>2:22-cv-05912-DSF-AFM<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before February 21, 2023. Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: January 19, 2023                  /s/ *Dale S. Fischer*
                                              Dale S. Fischer
                                              United States District Judge