UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN AHAB JOSEPH NAFAL,<br>    Plaintiff,<br><br>         v.<br><br>MOHSEN MOHAMMAD GABER,<br>    Defendant. | CV 22-5912 DSF (AFMx)<br><br>Order to Show Cause Why Default in this Action Should Not Be Lifted |

   On December 16, 2022, the Clerk entered default against Defendant Mohsen Mohammad Gaber, a citizen of Egypt domiciled in Egypt. Plaintiff has now moved for default judgment. On review of the proof of service filed in the case, Dkt. 19, it appears that entry of default may have been in error. Plaintiff claims that he served Defendant by leaving a summons at the residence of Defendant with an individual identified as an "office manager," with process then mailed to Defendant's address. The Court is skeptical that this manner of service satisfies Federal Rule of Civil Procedure 4(f), as it does not comport with the Hague Service Convention to which Egypt is a signatory.

   Therefore, Plaintiff is ordered to show cause, in writing, no later than March 15, 2023, why the default entered in this case should not be lifted.

   IT IS SO ORDERED.

Date: March 1, 2023

*Dale S. Fischer*
Dale S. Fischer
United States District Judge