# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIAN AHAB JOSEPH NAFAL,<br>　　Plaintiff,<br><br>　　　　v.<br><br>MOHSEN MOHAMMAD GABER,<br>　　Defendant. | 2:22-cv-5912-DSF-AJRx<br><br>JUDGMENT |

　　The Court having dismissed the case for lack of prosecution,

　　IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that the action be dismissed without prejudice.

Date:  October 14, 2025

_____
Dale S. Fischer
United States District Judge